**Fill in this information to identify the case:**

Debtor 1　SHANNON DANIEL FOLEY

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern　　　District of California
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(State)

Case number　19-21573-B-13

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges　12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** FLAGSTAR BANK, FSB

**Court claim no.** (if known): 6-1

**Last four digits** of any number you use to identify the debtor's account: 4 8 7 1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No
[ ] Yes. Date of the last notice: ____ ____ _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 5/15/19 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | 4/25/19, 5/21/19, 6/20/19, 7/19/19, 8/19/19, 9/28/19 | (7) | $ 90.00 |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Plan Review | 4/23/19 | (11) | $ 350.00 |
| 12. Other. Specify: 410A | 4/29/19 | (12) | $ 250.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2　　　　Notice of Postpetition Mortgage Fees, Expenses, and Charges　　　　page 1

Debtor 1  SHANNON DANIEL FOLEY
First Name   Middle Name   Last Name

Case number (if known) 19-21573-B-13

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your ddress and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ DARLENE C. VIGIL
Signature

Date 10/18/2019

Print: DARLENE C.    VIGIL
First Name   Middle Name   Last Name

Title  ATTORNEY FOR CREDITOR

Company  BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Address  3990 E. CONCOURS STREET SUITE 350
Number   Street
ONTARIO, CALIFORNIA 91764
City    State    ZIP Code

Contact phone (626) 915-5714

Email  EDCAECF@BDFGROUP.COM

# CERTIFICATE OF SERVICE

     I hereby certify that on October 18, 2019, a true and correct copy of the Notice of Post Petition Mortgage Fees, Expenses and Charges was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

BY: /s/ DARLENE C. VIGil     10/18/2019
DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER &
WEISS, LLP
3990 E. CONCOURS STREET SUITE 350
ONTARIO, CA 91764
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail: EDCAECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
SHANNON DANIEL FOLEY
9544 ENCHANTMENT LANE
STOCKTON, CA 95209

**DEBTOR'S ATTORNEY:**
SCOTT M. JOHNSON
1430 BLUE OAKS BLVD. #250
ROSEVILLE, CA 95747

**TRUSTEE:**
RUSSELL D. GREER
P.O. BOX 3051
MODESTO, CA 95353-3051